## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Khong Meng Chew, et al.

                    Plaintiff,

v.

                                         Case No.: 1:18–cv–07537
                                         Honorable Martha M. Pacold

MoneyGram International, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2024:

       MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion to dismiss [62] is granted. The amended complaint [55] is dismissed without prejudice. Plaintiffs are granted leave to file a second amended complaint by 11/8/2024. Enter memorandum opinion and order. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.