IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Khong Meng Chew,

Plaintiff(s),

v.

MoneyGram International, Inc., et al.,

Defendant(s).

Case No. 18-cv-7537
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants MoneyGram International, Inc., W. Alexander Holmes, Pamela H. Patsley, Lawrence Angelilli, Ganesh B. Rao, Antonio O. Garza, Seth W. Lawry, and W. Bruce Turner, and against plaintiff Khong Meng Chew.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion to dismiss.

Date: 11/7/2024                                  Thomas G. Bruton, Clerk of Court

                                                 /s/ Ruth O'Shea , Deputy Clerk